trial in support of the second defense unanimously affirmed. Order granting plaintiff's motion to strike out the second defense unanimously affirmed, with twenty dollars costs and disbursements, on the ground that the said defense is sham. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of WILLIAM TIMOTHY MULCAHY, an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of JAY BENJAMIN VAN VEEN, an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of ABRAHAM SEGALL, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of MATHIEU M. PROUJAN (Admitted as MATHIEU MAURICE PROUJANSKY), an Attorney.— Motion denied. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of MATHIEU M. PROUJAN (Admitted as MATHIEU MAURICE PROUJANSKY), an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of HENRY E. COLEMAN (Formerly Known as HENRY COHEN), an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of MORTON S. COAN, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of JOSEPH LINDE, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY v. JOSEPH ROTHENBERG and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MINE REALTY CORPORATION v. 2131 BROADWAY CORPORATION and FRANK G. SHATTUCK COMPANY.— Motion for reargument granted on condition that plaintiff stipulate that all the items claimed are readily removable without permanent damage to the freehold; otherwise, denied. [See 253 App. Div. 299.] Settle order on notice. Present — O'Malley, Townley, Glennon and Untermyer, JJ.

FLORA WESTCOTT CLERE (MRS. T. H. CLERE) v. E. W. EDWARDS AND SON.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs and stay vacated. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of RICHARD J. HOLLAND against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument and for further relief, denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

HARRY KANNEN and Others v. GILBERT W. KAHN and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument, and for a stay, denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.